IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:09cr8DCB-LRA

MIGUEL ESCOBAR-HERNANDEZ

ORDER OF DISMISSAL
COUNTS 2-3

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2 and 3 of the Criminal Indictment against the defendant, MIGUEL ESCOBAR-HERNADEZ, without prejudice.

DONALD R. BURKHALTER
United States Attorney

Date:  March 11, 2010  By:  s/ Erin O. Chalk
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2 and 3.

ORDERED this the  12th  day of March, 2010.

 s/ David Bramlette
UNITED STATES DISTRICT JUDGE